**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Renelio Pérez, et al<br><br>    Plaintiffs<br><br>         v.<br><br>Raúl Alejandro Ocasio Ruiz, et al<br><br>    Defendants | Civil No. 25-1103 (RAM) |

**JUDGMENT**

On May 22, 2025, the parties filed a Stipulation of Voluntary Dismissal Without Prejudice, Tolling of Statute of Limitations, and Waiver of Attorneys' Fees (Docket No. 33). In accordance with the Order entered on this date, (Docket No. 35), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety. The Court will retain jurisdiction to enforce the Stipulation.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of May 2025.

                              s/Raúl M. Arias-Marxuach
                              UNITED STATES DISTRICT JUDGE